*Jacob K. Kavits, Selig J. Levitan, Harold Held* and *Robert Zuckerman* for appellant.

*Edward S. Bentley* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of ROSE YASSER, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued March 10, 1954; decided April 15, 1954.

*Michael Wollin* and *Gerald Seltzer* for appellant.

*Emory Gardiner* and *Robert H. Schaffer* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

KURT E. FONTHEIM, Suing for Himself and All Other Stockholders of HURON HOLDING CORPORATION, Similarly Situated, Appellant, *v.* GEORGE R. WALKER et al., Respondents, et al., Defendants.

Argued March 2, 1954; decided April 15, 1954.